IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY IN AID OF A FOREIGN PROCEEDING | Case No.: |

APPLICATION FOR AN ORDER PURSUANT TO
28 U.S.C. § 1782 TO CONDUCT DISCOVERY IN AID OF A FOREIGN PROCEEDING

Applicant Daniel Hindin ("Applicant") respectfully requests an order in the form attached hereto permitting Applicant to obtain certain limited discovery under 28 U.S.C. § 1782 ("Section 1782") in connection with a proceeding underway in Singapore (the "Foreign Proceeding"). In support of this application, Applicant submits a Memorandum of Law and attached the Declarations of Jason Michael Lee, Esquire and Daniel Hindin, and further states as follows:

1. Applicant seeks the assistance of this Court to obtain discovery from Coinbase, Inc. ("Respondent"), an entity which can be "found" in this district for purposes of 28 U.S.C. § 1782. Applicant's narrowly tailored requests, which are set forth in the subpoena attached hereto as Exhibit 1, seek information concerning a discrete account or small number of accounts associated with Respondent that have received Applicant's stolen funds. Such discovery cannot be obtained directly in the Foreign Proceeding as Respondent is outside the jurisdictional reach of the foreign court, but Applicant reasonably believes that the foreign court would be receptive to the requested discovery. As set forth in more detail in the Memorandum of Law and accompanying Declarations, the discovery sought through this application is for the purpose of tracing Applicant's digital assets to determine the identity of the person or persons who stole them.

2. Section 1782 permits litigants in foreign proceedings to obtain discovery in the United States to assist in the foreign litigation. Specifically, Section 1782(a) provides:

> The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal . . . . The order may be made . . . upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court.

3. The requirements of Section 1782 are satisfied here. As explained in the accompanying submissions, (1) Respondent is "found" in Delaware, (2) the discovery sought is to be used in the Foreign Proceeding, and (3) Applicant is an "interested person" in each proceeding.

4. This application also meets the discretionary factors of Section 1782, as enunciated by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004): (1) Respondent is not a party to the Foreign Proceeding; (2) there is no reason to believe that the Singaporean court is not receptive to the assistance of United States courts; (3) Applicant's request is made in good faith and not in an attempt to circumvent foreign proof-gathering restrictions; and (4) the documents requested are not unduly intrusive or burdensome.

WHEREFORE, Applicant respectfully requests that this Court grant his application for an Order authorizing Applicant to serve Respondent with the subpoena attached hereto as Exhibit 1.

| | |
|---|---|
| *Of Counsel:* | **BAYARD, P.A.** |
| | |
| Michael Jason Lee, Esq. | */s/ Brett M. McCartney* |
| LAW OFFICES OF MICHAEL | Brett M. McCartney (No. 5208) |
| JASON LEE, APLC | Elizabeth A. Powers (No. 5522) |
| 4660 La Jolla Village Drive, Suite 100 | 600 North King Street, Suite 400 |
| San Diego, California 92122 | Wilmington, Delaware 19801 |
| (858) 550-9984 | (302) 655-5000 |
| michael@mjllaw.com | bmmcartney@bayardlaw.com |
| | epowers@bayardlaw.com |
| William James Kraus, Esq. | |
| BUTZEL LONG, PC | *Attorneys for Applicant Daniel Hindin* |
| 301 East Liberty Street, Suite 500 | |
| Ann Arbor, Michigan 48104 | |
| (734) 995-3110 | |
| krausw@butzel.com | |

(*Pro Hac Vice Applications Forthcoming*)

Dated: June 16, 2022