IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY IN AID OF A FOREIGN PROCEEDING | Case No.: |

**[PROPOSED] ORDER GRANTING SECTION 1782 APPLICATION**

This Court, having reviewed the Application for an Order Directing Discovery from Coinbase, Inc. Pursuant to 28 U.S.C. § 1782 (the "Application"), the Declarations of Michael Jason Lee, Esquire and Daniel Hindin, and the supporting Memorandum of Law, determines that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the discretionary factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

Therefore, **IT IS HEREBY ORDERED THAT**:

1. Applicant's Application for an order to take discovery from Coinbase, Inc. ("Respondent") for use in foreign proceedings pursuant to 28 U.S.C. § 1782 is GRANTED;

2. Applicant is authorized, pursuant to 28 U.S.C. § 1782, to obtain evidence from Respondent pursuant to Rule 45 of the Federal Rules of Civil Procedure by issuing a subpoena for the production of documents in substantially the form attached to the Application as Exhibit 1;

3. Respondent shall produce the requested documents within twenty-eight (28) days of service of the Subpoena (together with a copy of this Order), or such other dates as agreed between the parties, and in conformity with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Delaware. The entry of this Order does not foreclose Respondent from seeking relief under Rules 26 and 45, if appropriate.  Any Rule 45

objections shall be served on all parties and counsel of record within ten days after service of the Subpoena; and

4. Until further Order by this Court, Respondent shall preserve all documents, electronic or otherwise, and any evidence in its possession, custody or control that contain information potentially relevant to the subject matter of the foreign proceeding at issue in the Application.

IT IS SO ORDERED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE