# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY IN AID OF A FOREIGN PROCEEDING | Case No.: |

## DECLARATION OF DANIEL HINDIN IN SUPPORT OF APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY IN AID OF A FOREIGN PROCEEDING

I, Daniel Hindin, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the owner of the bitcoin at issue in the underlying controversy. I submit this declaration in support of my Application to Conduct Discovery Pursuant to 28 U.S.C. § 1782, based on my personal knowledge, and in certain matters and where so indicated, upon information and belief.

2. On January 8, 2021, I realized that my bitcoin had been stolen when I accessed my mobile wallet applications and discovered my bitcoin had been withdrawn without my knowledge or consent.

3. Forensic analysis of the electronic records generated by the transactions revealed that the individual or individuals responsible for the theft accessed my mobile wallets utilizing a Virtual Private Network (VPN) to mask their location.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

Executed this 16th day of June, 2022, in Cabo San Lucas, Mexico.


*/s/ Daniel Hindin*
Daniel Hindin