**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY IN AID OF A FOREIGN PROCEEDING | Case No.:  22-mc-267-MN-JLH |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Ronald P. Golden III of Bayard, P.A. hereby enters his appearance as counsel of Daniel Hindin in the above captioned action.

Dated: July 5, 2022

*Of Counsel:*

Michael Jason Lee, Esq.
LAW OFFICES OF MICHAEL JASON LEE, APLC
4660 La Jolla Village Drive, Suite 100
San Diego, California 92122
(858) 550-9984
michael@mjllaw.com

William James Kraus, Esq.
BUTZEL LONG, PC
301 East Liberty Street, Suite 500
Ann Arbor, Michigan 48104
(734) 995-3110
krausw@butzel.com

**BAYARD, P.A.**

*/s/ Ronald P. Golden III*
Brett M. McCartney (No. 5208)
Elizabeth A. Powers (No. 5522)
Ronald P. Golden III (No. 6254)
600 North King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
bmmcartney@bayardlaw.com
epowers@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Applicant Daniel Hindin*