## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY IN AID OF A FOREIGN PROCEEDING | Case No.: 22-mc-267-MN-JLH |

### MOTION AND [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves the admission *pro hac vice* of Michael Jason Lee of the Law Offices of Michael Jason Lee, APLC and William James Karus, of Butzel Long, PC to represent Applicant Daniel Hindin in the above-captioned matter. Pursuant to this Court's Revised Standing Order for District Court Fund effective September 1, 2016, I certify that the annual fee of $25.00 will be submitted herewith for these applicants.

Dated: July 15, 2022

*Of Counsel:*

Michael Jason Lee, Esq.
LAW OFFICES OF MICHAEL
JASON LEE, APLC
4660 La Jolla Village Drive, Suite 100
San Diego, California 92122
(858) 550-9984
michael@mjllaw.com

William James Kraus, Esq.
BUTZEL LONG, PC
301 East Liberty Street, Suite 500
Ann Arbor, Michigan 48104
(734) 995-3110
krausw@butzel.com

**BAYARD, P.A.**

*/s/ Ronald P. Golden III*
Brett M. McCartney (No. 5208)
Elizabeth A. Powers (No. 5522)
Ronald P. Golden III (No. 6254)
600 North King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
bmmcartney@bayardlaw.com
epowers@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Applicant Daniel Hindin*

2

SO ORDERED this _____ day of July, 2022:

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: July 15 2022

_____
Michael Jason Lee, Esq.
LAW OFFICES OF MICHAEL
JASON LEE, APLC
4660 La Jolla Village Drive, Suite 100
San Diego, California 92122
(858) 550-9984
michael@mjllaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: July 15, 2022

William James Kraus, Esq.
BUTZEL LONG, PC
301 East Liberty Street, Suite 500
Ann Arbor, Michigan 48104
(734) 995-3110
krausw@butzel.com