# AFFIDAVIT OF SERVICE

| Case: 1:22-mc-00267-MN-JLH | Court: United States District Court for the District of Delaware | County: New Castle, DE | Job: 7757625 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Application of Daniel Hindin | | **Defendant / Respondent:** Coinbase, Inc | |
| **Received by:** DLS Discovery | | **For:** Bayard Firm | |
| **To be served upon:** Coinbase, Inc c/o The Corporation Trust Company | | | |

I, Ian Platz, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Chimere Brooks, 1209 N Orange St, Wilmington, DE 19801

**Manner of Service:**   Registered Agent, Oct 5, 2022, 1:21 pm EDT

**Documents:**   ORDER GRANTING APPLICATION UNDER 28 U.S.C. § 1782 with Exhibits

**Additional Comments:**

1) Successful Attempt: Oct 5, 2022, 1:21 pm EDT at 1209 N Orange St, Wilmington, DE 19801 received by Chimere Brooks.

_____     Oct 5, 2022

Ian Platz                              **Date**

DLS Discovery
824 N. Market Street Suite 108
Wilmington, DE 19801

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____

**Notary Public**

Oct 5, 2022

**Date**                    **Commission Expires**

JEFFREY A. LOW
MY COMMISSION
EXPIRES
JULY 30, 2025
NOTARY PUBLIC
STATE OF DELAWARE